FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 15, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONTINENTAL WESTERN INSURANCE COMPANY,<br><br>                              Plaintiff,<br><br>     vs.<br><br>LSL PROPERTIES, LLC, a Washington limited liability company, LARRY SALI, an individual, and STEVEN SALI, an individual,<br><br>                              Defendants. | NO: 1:23-CV-3157-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal. ECF No. 10. The parties agree that all claims in this action shall be dismissed with prejudice and without costs, with each party to bear their own attorney's fees and other litigation expenses. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

The Stipulated Motion for Dismissal, ECF No. 10, is **GRANTED**. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without costs, with each party to bear their own attorney's fees and other litigation expenses.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED April 15, 2024.



THOMAS O. RICE
United States District Judge